THERESA ROSSENBACH, Respondent, *v.* THE SUPREME COURT OF THE INDEPENDENT ORDER OF FORESTERS, Appellant.

Reported below, 98 App. Div. 634.
(Argued February 20, 1905; decided February 28, 1905.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 25, 1904, affirming a judg-

ment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

. The motion was made upon the grounds that the Court of Appeals had. no jurisdiction to review the judgment appealed from, it being based upon a unanimous decision of the Appellate Division that there was evidence supporting, or tending to support, a verdict not directed by the court; that the record did not present any questions of law, and that the exceptions taken to rulings upon the trial were frivolous, the appeal being taken solely for purposes of delay.

*Charles Van Voorhis* and *George V. Fleckenstein* for motion.

*Elmer E. Charles* opposed.

Motion denied, with ten dollars costs.